# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0277.  MICHAEL CAPERS v. THE STATE.**

Michael Capers filed this direct appeal from the adjudication of guilt and imposition of sentence following the revocation of his first offender probation. In order to appeal the revocation of his first offender probation, however, Capers was required to file an application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Freeman v. State*, 245 Ga. App. 333 (537 SE2d 763) (2000); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). His failure to comply with the discretionary appeal procedure deprives this court of jurisdiction to consider his appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/09/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*